**NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.**

In the
# Supreme Court of Georgia

No. S26Y1019

In the Matter of Lisa Paige Lenn

Decided: June 16, 2026

PER CURIAM.

This disciplinary matter is before the Court on the report and recommendation of Special Master Kevin Bernard Hicks, who recommends that the Court accept the petition for voluntary discipline filed by Lisa Paige Lenn (State Bar No. 446520) prior to the issuance of a formal complaint under Bar Rule 4-227(b). In her petition, Lenn, who has been a member of the Bar since 1999, admits that, in January 2025, she entered a guilty plea in Cobb County Superior Court to one count of terroristic threats, a felony. By this conduct, Lenn acknowledges that she violated Rule 8.4(a)(2)[1] of the Georgia Rules of Professional Conduct found in Bar Rule 4-102(d). The maximum penalty for a violation of Rule 8.4(a)(2) is disbarment. Lenn seeks to voluntarily surrender her license to practice law, which she acknowledges is tantamount to disbarment. The State Bar responds that it believes that it is in the best interest of the public and the profession for the Court to accept Lenn's petition.

We have reviewed the record and agree to accept Lenn's petition for voluntary surrender of her license. See *In the Matter of Williams*, 291 Ga. 659 (2012) (accepting voluntary surrender of

---

[1] This Rule provides that "[i]t shall be a violation of the Georgia Rules of Professional Conduct for a lawyer to … be convicted of a felony."

license where attorney violated Rule 8.4(a)(2)); *In the Matter of Campbell*, 282 Ga. 688 (2007) (same). Accordingly, the name of Lisa Paige Lenn hereby is removed from the rolls of persons entitled to practice law in the State of Georgia. Lenn is reminded of her duties under Bar Rule 4-219(b).

*Voluntary surrender of license accepted. All the Justices concur.*

2